IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02214-RPM

THOMAS H. WILSON,

    Plaintiff,

v.

THOMAS HILL, ESQ., and
HILL KINNEY & WOOD LLC,

    Defendants.


**Minute Order Entered by Senior District Judge Richard P. Matsch:**


M. V. Wentz
 Secretary


    The Unopposed Motion to Continue Scheduling Conference [8] is granted. The conference set for March 19, 2009, is **rescheduled for March 27, 2009, at 2:00 p.m.** in Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


Dated:   January 23, 2009