## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  08-CV-02214-RPM-MJW

THOMAS H. WILSON,

Plaintiff,

vs.

THOMAS HILL, ESQ., individually, and
HILL KINNEY & WOOD, LLC,

Defendants.

_____

## ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER
_____

This matter is before this Court on the Parties Stipulated Motion to Modify the Scheduling Order.  The Court is advised in its premises and does GRANT the motion.  The deadlines in the Scheduling Order are modified as follows:

### 7.  CASE PLAN AND SCHEDULE

. . . .

**b.**     **Discovery Cut-off:**

From October 15, 2009 to **November 16, 2009.**

**c.**     **Dispositive Motion Deadline**:

From November 15, 2009 to **December 14, 2009**.

**d.**     **Expert Witness Disclosure**

. . .

(3)     The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all

        information specified in Fed.R.Civ.P. 26(a)(2) on or before <u>July 15, 2009</u> to **September 14, 2009**.

(4)    The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before <u>August 15, 2009</u> to **October 13, 2009**.

(5)    Any rebuttal opinions will be exchanged on or before <u>September 19, 2009</u> to **November 10, 2009**.

. . . .

**f.**    **Interrogatory Schedule**

All interrogatories will be submitted no later than September 12, 2009 to **October 14, 2009**.

**g.**    **Schedule for Request for Production of Documents**

All request for production of documents will be submitted no later than September 12, 2009 to **October 14, 2009**.

Dated this 1st day of May, 2009.

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge