IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02214-RPM

THOMAS H. WILSON,

    Plaintiff,

v.

THOMAS HILL, ESQ., and
HILL KINNEY & WOOD LLC,

    Defendants.

---

## ORDER FOR DISMISSAL

---

Pursuant to the Stipulated Motion to Dismiss with Prejudice and For Order of Dismissal [15] filed on September 8, 2009, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own fees and costs.

Dated:  September 9th, 2009

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge